UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> BEMS LLC, <br><br> Defendant. | Case No. 2:24-cv-03494-SB-JC <br><br> ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  The complaint in this matter was filed on April 29, 2024.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiffs have not filed a proof of service.  Plaintiffs are ordered to show cause, in writing, no later than August 30, 2024, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing of proof of service showing that Defendant was served within the 90-day period or a showing of good cause supporting a request to extend the service period.  The filing of a proof of service shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be construed as consent to dismissal without prejudice of Plaintiff's claims.

Date: August 16, 2024

                                              Stanley Blumenfeld, Jr.
                                            United States District Judge